JS-6

Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
12362 Beach Boulevard, Suite 21
Stanton, California 90680
(714) 901-1222
(714) 901-1220 (F)
sima@aghailaw.com

Attorney for Plaintiff AMARI ANTONIO LEWIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMARI ANTONIO LEWIS, | CASE NO. 2:25-cv-894 JGB-SK |
| Plaintiff | |
| v. | ORDER DISMISSING ACTION WITH PREJUDICE |
| LELAND DUDEK, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the stipulation of the parties, this action is dismissed with prejudice, each side to bear their own costs and attorneys' fees.

DATED: April 22, 2025

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Order re Stipulation for Dismissal